THE CITY OF NEW YORK, Respondent, *v.* McCALDIN BROTHERS COMPANY, Appellant.

*City of New York* v. *McCaldin Bros. Co.*, 81 App. Div. 622, affirmed.
(Argued October 20, 1903; decided November 10, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1903, reversing a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*William L. Turner* and *Frank D. Arthur* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly, Martin Saxe* and *Henry M. Powell* of counsel), for respondent.

Order affirmed on opinion below, and judgment absolute ordered for plaintiff on the stipulation, with costs.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

BRIAN G. HUGHES, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Hughes* v. *Mayor, etc., of New York*, 84 App. Div. 347, affirmed.
(Argued October 21, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1903, affirming a judgment in favor of defendant entered upon a verdict.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Chase Mellen* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.